NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GORDON R. NADOLNI,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

———————————

2017-2196

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-3459, Senior Judge Alan G. Lance, Sr.

———————————

**JUDGMENT**

———————————

PETER J. SEBEKOS, Niagara Falls, NY, argued for claimant-appellant.

MARGARET JANTZEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; Y. KEN LEE, ANDREW J.

STEINBERG, Office of General Counsel, United States Department of Veterans Affairs.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 May 11, 2018                    /s/ Peter R. Marksteiner
     Date                         Peter R. Marksteiner
                                  Clerk of Court